UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURCHARN VIRK,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 25-cv-07590-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On December 16, 2025, the Court held a case management conference, where Plaintiff's counsel, Michael Morris Sims, did not appear. Attorney Sims failed to appear despite Defendant's counsel calling him that morning to remind him of the case management conference.

Accordingly, Attorney Sims is ORDERED TO SHOW CAUSE, in writing, by no later than December 31, 2025, why he should not pay monetary sanctions in the amount of $500 for failing to appear at the case management conference. Attorney Sims should also clarify whether he intends to withdraw from the case and, if so, file a substitution or motion to withdraw. Attorney Sims is reminded, however, that as long as he is counsel of record, he has a duty to represent his client.

IT IS SO ORDERED.

Dated: December 17, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge