UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURCHARN VIRK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 25-cv-07590-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE<br><br>Re: Dkt. No. 34 |

On March 17, 2026, the Court held a case management conference, where Plaintiff did not appear.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than April 2, 2026, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: March 19, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge