UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GURCHARN VIRK,

          Plaintiff,

      v.

STATE FARM GENERAL INSURANCE COMPANY,

          Defendant.

Case No. 25-cv-07590-KAW

**SECOND ORDER TO SHOW CAUSE**

Re: Dkt. No. 35

On March 17, 2026, the Court held a case management conference, at which Plaintiff did not appear. (Dkt. No. 34.) On March 19, 2026, the Court ordered Plaintiff to show cause, in writing, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference. (Dkt. No. 35.) Plaintiff's response was due by April 2, 2026. (*Id.*)

To date, Plaintiff has not filed a response. Accordingly, Plaintiff is ORDERED to show cause, by April 23, 2026, why this case should not be dismissed for failure to prosecute by explaining why they failed to appear at the March 17, 2026 case management conference and why they failed to respond to the March 19, 2026 order to show cause.

IT IS SO ORDERED.

Dated: April 9, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge