UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GURCHARN VIRK,

            Plaintiff,

    v.

STATE FARM GENERAL INSURANCE COMPANY,

            Defendant.

Case No. 25-cv-07590-KAW

**THIRD ORDER TO SHOW CAUSE**

Re: Dkt. No. 40

Plaintiff Gurcharn Virk filed the instant case against Defendant State Farm General Insurance Company, alleging that Defendant failed to make a full payment on Plaintiff's insurance claim. After the case was removed to federal court, Plaintiff's counsel withdrew, and Plaintiff was substituted in his place. (*See* Dkt. No. 27.)

On March 17, 2026, the Court held a case management conference, at which Plaintiff failed to appear. (Dkt. No. 34.) On April 9, 2026, the Court issued an order to show cause as to why the case should not be dismissed for failure to prosecute. (Dkt. No. 36.) On April 22, 2026, Plaintiff filed a response, stating that she had been suffering significant health issues and a death in the family, and that she was seeking a new attorney. (Dkt. No. 37.) On April 23, 2026, the Court discharged the order to show cause and continued the case management conference to June 23, 2026 to allow Plaintiff time to find counsel. (Dkt. No. 38.) The Court, however, noted that it was not inclined to continue the case management conference again to allow Plaintiff to find counsel. (*Id.* at 2.)

On June 9, 2026, Defendant filed a motion for a telephonic conference based on Plaintiff's failure to respond to Defendant's discovery requests or to its requests to meet and confer. (Dkt. No. 39.) On June 10, 2026, the Court ordered Plaintiff to respond to the motion for a telephonic

conference by June 15, 2026. (Dkt. No. 40 at 1.) The Court also noted that Plaintiff was required to file a case management conference statement by June 16, 2026 in advance of the June 23, 2026 case management conference. The Court thus warned: "The failure by Plaintiff to file either an opposition to Defendant's motion for a telephonic conference by June 15, 2026 or a case management conference statement by June 16, 2026 will result in the Court vacating the June 23, 2026 case management conference and ordering Plaintiff to show cause why the case should not be dismissed for failure to prosecute." (*Id.*)

Plaintiff did not file the opposition to Defendant's motion for a telephonic conference. Accordingly, the Court VACATES the June 23, 2026 case management conference and ORDERS Plaintiff to show cause, by **June 25, 2026**, why this case should not be dismissed for failure to prosecute. Plaintiff shall explain why they failed to comply with the Court's June 10, 2026 order, why they have not responded to Defendant's meet and confer requests, and how they intend to proceed with this case. As previously explained by the Court, Plaintiff has an obligation to prosecute the case and move it forward even if Plaintiff is not able to find counsel.

The Court SETS a show cause hearing on **July 2, 2026** at **1:30 p.m.**, at which Plaintiff must appear and explain why the case should not be dismissed for failure to prosecute. The hearing is **in-person** unless the parties obtain leave of Court to appear remotely.

IT IS SO ORDERED.

Dated: June 17, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2